IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RAMIRO ROMERO AGUSTIN,

    Petitioner,

v.                                                                No. 2:26-cv-00124-SMD-JHR

PAM BONDI, et al.,

    Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

    Before the Court is Petitioner Ramiro Romero Agustin's Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, filed on January 22, 2026. Petitioner is a citizen of Guatemala and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 ¶¶ 1, 16.

    Petitioner entered the United States without inspection in 2004 and has resided here since. *Id.* ¶ 49. Prior to his detention, Petitioner lived in Maryland with his spouse and two children, ages 8 and 3. *Id.* Petitioner has worked for the same construction company for seven years and has no criminal history. *Id.* ¶ 49. On August 17, 2025, Petitioner was stopped by unidentified officers on his way to Washington, D.C. for work. *Id.* ¶ 50. Petitioner is charged with, inter alia, inadmissibility under 8 U.S.C. § 212(a)(6)(A)(i). *Id.* ¶ 2. Petitioner challenges his ongoing detention on the basis that he has not been afforded the chance to be released on bond in contravention of 8 U.S.C. § 1226 and the Fifth Amendment. *Id.* ¶¶ 55–61.

    This Court has jurisdiction under 28 U.S.C. § 2241. The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of Petitioner's Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v.*

*Eldridge*, 424 U.S. 319 (1976).  Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than March 3, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted.  If Petitioner elects to file an optional reply, he must do so within seven of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Ramiro Romero Agustin from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**